IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONALD HUBAND,

    Applicant,

v.                           No. CV 12-0805 MCA/ACT

TIM HATCH,

    Respondent.

## ORDER

THIS MATTER having come before the Court on Applicant's motion to proceed in forma pauperis, and the Court being fully advised;

IT IS ORDERED that the motion (Doc. 2) is hereby GRANTED, and Applicant may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
UNITED STATES MAGISTRATE JUDGE