## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DONALD HUBAND,

      Applicant,

v.                                            No. CV 12-0805 MCA/ACT

TIM HATCH,

      Respondent.

### ORDER

This matter is before the Court, *sua sponte* under 28 U.S.C. § 2254 R.4, on Applicant's amended application under 28 U.S.C. § 2254 for writ of habeas corpus (Doc. 6). Applicant is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915 and the Court has determined that the application is not subject to summary dismissal.

IT IS THEREFORE ORDERED that the Clerk is directed to forward copies of this Order and the amended application (Doc. 6) to Respondent and the New Mexico Attorney General. Respondent shall answer the application within thirty (30) days from entry of this Order. Respondent's answer shall advise, but is not limited to, whether the Applicant has exhausted his state court remedies as to the issues raised in the federal application. In each case, Respondent shall attach to its answer copies of any pleading pertinent to the issue of exhaustion which was filed by Applicant in the sentencing court, the state district court, the state court of appeals and the state supreme court, together with copies of all memoranda filed by <u>both</u> parties in support of or in response to those pleadings. Respondent shall also attach to the answer copies of all state court findings and conclusions, docketing statements, and opinions issued in Applicant's state court post-

conviction or appellate proceedings. In the event Respondent denies exhaustion, Respondent shall identify the State procedures currently available to Applicant given the nature of Applicant's claims and their procedural history.

_____
UNITED STATES MAGISTRATE JUDGE